## DRAWDY *v.* MUSSELWHITE.

HILL, J.   1. Where an original deed is lost, a copy of such deed may
        be established by the superior court of the county where the land lies,
        and, when so established, shall have the effect of the original deed.
        Civil Code (1910), § 4191.
2. Such .proceeding does not involve the question of title to the land, so
        as to confer jurisdiction on the Supreme Court to hear and determine
        such case when brought from the trial court on writ of error.   The
        Court of Appeals, and not the Supreme Court, has jurisdiction.

        *Transferred to the Court of Appeals.   All the Justices concur.*
                        No. 1926.   DECEMBER 15, 1920.

Action to establish lost deed.   Before Judge Thomas.   Berrien
superior court.   February 14, 1920.

*J. W. Powell* and *R. A. Hendricks,* for plaintiff in error.

*J. C. Smith* and *W. D. Buie,* contra.